UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LUCIANO DOMINGUEZ CABRERA,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al.,

Respondents.

Case No.: 26-CV-4 JLS (AHG)

**ORDER TO SHOW CAUSE**

(ECF No. 9)

Presently before the Court is the Parties' Notice of Settlement Agreement and Release of Claims Re EAJA Fees ("Not.," ECF No. 9). In the Notice, it states that "Petitioner's counsel agrees to execute and deliver to Respondents' counsel, as soon as practicable, a fully executed Joint Motion to Dismiss with Prejudice." Not. at 3. Over two months have passed and no joint motion to dismiss has been filed. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the Court **ORDERS** the Parties to **SHOW CAUSE** why the case should not be dismissed. By June 25, 2026, the Parties **SHALL FILE** a joint motion to dismiss or otherwise file a status report. **If no such motion or report is filed, the Court will close the file.**

**IT IS SO ORDERED.**

Dated: June 16, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge