UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUCIANO DOMINGUEZ CABRERA,
Petitioner,
v.
PATRICK DIVVER, Field Officer Director of Enforcement and Removal Operations, et al.,
Respondents.

Case No.: 26-CV-4 JLS (AHG)

**ORDER GRANTING JOINT MOTION TO DISMISS**

(ECF No. 13)

Presently before the Court is the Parties' Joint Motion to Dismiss ("Joint Mot.," ECF No. 13). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this matter **WITH PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: August 13, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge